# In The United States Court of Federal Claims

No. 05-296 T

(Filed: April 11, 2008)

_____

GRAPEVINE IMPORTS, LTD., A TEXAS
LIMITED PARTNERSHIP, T-TEK, INC. A
TEXAS CORPORATION, AS TAX
MATTERS PARTNER,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On March 31, 2008, the parties filed a joint motion for entry of judgment in this case. The motion is hereby **GRANTED**.

The Clerk is directed to dismiss the claims involving the 1999 federal income tax liability pursuant to the July 17, 2007 opinion.

Pursuant to the joint motion for entry of judgment, as parties have settled the claims involving the year 2000 federal income tax liability, the Clerk is directed to enter judgment for dismissal pursuant to RCFC 58.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge